[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 11, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-13873
Non-Argument Calendar

_____

D. C. Docket No. 08-81164-CV-JIC

JULIE ANN DOMOTOR,

Plaintiff-Appellant,

versus

JUDGE RICHARD I. WENNET,
WILLIAM JACOB STEINBACH, III,
CAREY HAUGHWOUT,
JAMES H. MAHONEY,

Defendants-Appellees,

PALM BEACH COUNTY SHERIFF'S OFFICE,

Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 11, 2009)

Before TJOFLAT, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

The district court dismissed without prejudice, pursuant to Heck v. Humphrey, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), appellant's claims for false arrest and false imprisonment, and for conspiracy to commit those offenses, because those claims, if successful, would have negated appellant's underlying criminal convictions. She now appeals the dismissal. We affirm. As the district court properly explained in its June 30, 2009 order of dismissal, so long as those convictions remain undisturbed, Heck V. Humphrey bars appellant's claims.

AFFIRMED.